**810** IONIA, EATON & BARRY FARMERS' INS. CO. ET AL. vs. CIRCUIT JUDGE (Ionia), No. 14162, 100 M., 606.

To compel respondent to dissolve an injunction restraining the levying of an assessment.

Granted June 2, 1896, with costs against complainant in the chancery proceeding.

Mandamus will lie to review the action of a circuit judge in granting a preliminary injunction, and in refusing to dissolve the same, where the return shows the question in dispute to be one of law merely.

**811** ALBERTS vs. CIRCUIT JUDGE (Muskegon), No. 15366.

To vacate an order dissolving an injunction restraining the collection of certain taxes.

Denied February 19, 1896, with costs.

**812** BOARD OF SUPERVISORS (Wayne) vs. CIRCUIT JUDGE (Wayne), No. 14947, 64 N. W., 42.

To dissolve an injunction restraining the issue of bonds, under Act. No. 295, Local Acts 1895.

Granted, without costs, July 2, 1895.

Held, (1) where a statute provides for calling a meeting of county supervisors by giving a written notice to each of them, it will be presumed that their meeting was legally called, and one attacking its validity must prove that the notices were not given.

(2) Proof of service of such notice need not be filed with the board or recorded on the record of its proceedings in the absence of a statutory provision.

(3) An election determining that a county building shall be built is not invalid on the ground of corruption because workmen were urged to vote for it on the ground that it would furnish them employment.